ACCEPTED
03-14-00545-CR
4113466
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 3:32:57 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00545-CR

| | | |
|---|---|---|
| **RICHARD LEE POLLARD** | § | **IN THE COURT OF APPEALS** |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| **v.** | § | **3RD SUPREME JUDICIAL** |
| | § | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | § | **DISTRICT AT AUSTIN** |

## MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Richard D. Davis, Appellate Counsel forRichard Lee Pollard. Movant requests the Court to grant Movant permission to withdraw as attorney for Appellant. In support thereof, Movant respectfully shows:

### I.

An *Anders* brief has been filed in this matter, and therefore I am requesting to be relieved of my representation.

### II.

A true and correct copy of this motion has been delivered to Appellant at his current address.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court enter an Order discharging Movant as attorney of record, in Cause No. 03-14-00545-CR, for Appellant, Richard Lee Pollard.

Richard Lee Pollard
Motion for Withdrawal of Counsel

1

Respectfully submitted,

/s/ Richard D. Davis

Richard D. Davis
State Bar No. 05537100
111 E. Jackson St.
P.O. Box 398
Burnet, Texas 78611-3101
Tel. (512)756-5118
Fax (512)756- 0164
Email rdd@austin.twcbc.com
Attorney for Richard Lee Pollard

## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Motion was served upon Gary Bunyard via electronic service with efile.texas.gov on this the _____ day of _____ , 2015.

/s/ Richard D. Davis
Richard D. Davis

Richard Lee Pollard
Motion for Withdrawal of Counsel

2

## CAUSE NO.  03-14-00545-CR

| | | |
|---|---|---|
| **RICHARD LEE POLLARD** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **3RD SUPREME JUDICIAL** |
| | § | |
| **THE STATE OF TEXAS** | § | **DISTRICT AT AUSTIN** |

## ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

On this _____ day of _____, 20_____, the

Court considered the Motion for Withdrawal of Counsel of Richard D. Davis,

Movant.

The Court finds that good cause exists for withdrawal of Movant as counsel.

IT IS, THEREFORE, ORDERED that Movant is permitted to withdraw as

counsel of record for Appellant, Richard Lee Pollard, is hereby DISCHARGED

from his representation of Appellant, in Cause No. 03-14-00545-CR.

SIGNED this _____ day of _____, 20_____.


_____
JUDGE PRESIDING